TO: CLERK, UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 20 2019
MITCHELL R. ELFERS
CLERK

FROM: MICHAEL J NISSEN
P.O.W. #02508151
P.O. BOX 3540
MILAN, NM 87021

GREETINGS,

I WOULD LIKE TO ADD THIS MEMORANDUM AMENDED ADDITION FOR GROUND TWO OF MY RECENTLY MAILED 28 U.S.C. § 2241 HABEAS CORPUS. PLEASE ADD THIS TO MY FILE. CASE # 1:19-CV-00827-WJ-LF

AS EXPLAINED BY THE SUPREME COURT IN ELONIS v. UNITED STATES, THE CASE CONCERNED A PROSECUTION UNDER 18 U.S.C. § 875(C) [135 S. CT. 2001], [192 L. ED. 2D 1] (2015). THERE, THE SUPREME COURT HELD THAT IT WAS ERROR FOR THE JURY TO BE INSTRUCTED THEY NEED ONLY FIND THAT A REASONABLE PERSON COULD REGARD THE DEFENDENTS COMMUNICATIONS AS THREATS. ID. ELONIS DID NOT ANALYZE ANY REQUIREMENT TO IDENTIFY AN INDIVIDUAL ON THE FACE OF THE INDICTMENT. ID. MY CASE THAT

I WAS CONVICTED ON, IS IDENTICAL TO THIS CASE LAW BEFORE YOU NOW, WHICH MY INEFFECTIVE ASSISTANCE OF COUNSEL FAILED TO BRING FORTH AT PRE TRIAL OR JURY TRIAL. I FEEL IT IS MY DUTY TO ADD THIS FOR CONSIDERATION AT THIS GIVEN MOMENT,

MICHAEL NISSEN
REGISTER NO: 02508151
P.O. Box 3540
MILAN, NM 87021

ALBUQUERQUE
NM 870
19 SEP '19
PM 4 L

Legal Mail

CLERK, UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQ, NM 87102

"FRANK"



Barn Swallow

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
**RECEIVED**

SEP 2 0 2019

MITCHELL R. ELFERS
CLERK

87102-227470