TO:     CLERK, UNITED STATES DISTRICT COURT
        333 LOMAS BLVD, NW
        ALBUQUERQUE, NM 87102

FROM:   MICHAEL J. NISSEN
        REGISTER NO: 02508151
        P.O. BOX 3540
        MILAN, NM 87021

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 24 2019
MITCHELL R. ELFERS
CLERK

19cv827 WJ/LF

I RECENTLY FILED A PETITION FOR HABEAS CORPUS, 28 U.S.C. §2241, AND A MOTION FOR APPOINTMENT OF COUNSEL TO REPRESENT ME. MOTION FOR §1915 FORMA PAUPERIS WAS DENIED FOR THE MOMENT DUE TO THE CLERK SENDING MICHAEL J. NISSEN A FINANCIAL AFFIDAVIT TO BE FILLED OUT BY CORE CIVIC CORRECTIONS TRUST AUTHORITY FOR WEEKLY, MONTHLY AVERAGES OF MONETARY INCOMING AND SPENDING. AT THIS PRESENT TIME AND DATE, 09/21/2019, I STILL HAVE NOT RECEIVED MY FINANCIAL AFFIDAVIT FROM THE AUTHORITY OF MY TRUST ACCOUNT THE COURT SEEKS FOR MY INDIGENT STATUS. MAY I ASK WHAT THE TIME LIMIT IS ON RETURNING THIS FINANCIAL AFFIDAVIT IS? ALSO

SINCE I HAD TO SIT AND WRITE THIS OUTTIE CONCERN ABOUT TIME RESTRAINTS, MAY I ASK THAT YOU SEND ME ANOTHER FINANCIAL AFFIDAVIT FOR FORMA PAUPERIS IN HOPES THAT I HAVE ENOUGH TIME LEFT TO ASK THIS INSTITUTION OF MY INCARCERATION FOR ANOTHER AUTHORIZATION TO SEND BACK IMMEDIATELY TO YOU THE CLERK, OF THE UNITED STATES DISTRICT COURT?

DATE: 09/21/2019         RESPECTFULLY SUBMITTED

*Michael J. [signature]*

MICHAEL NISSEN
P.O.W. #02508151
P.O. BOX 3540
MILAN, NM 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 24 2019

MITCHELL R. ELFERS
CLERK

CLERK, UNITED STATES DISTRICT COURT
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102

87102-227470