UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 25 2019
MITCHELL R. ELFERS
CLERK lma

MICHAEL J. NISSEN
(PETITIONER)

V.

CASE # 19cv827 WJ/LF

WARDEN BETTY JUDD,
(RESPONDANT)

MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, THE PETITIONER, MICHAEL J. NISSEN, PURSUANT TO 28 U.S.C. § 1915 RESPECTFULLY MOVES THIS HONORABLE COURT TO DECLARE HIM INDIGENT AND TO APPOINT COUNSEL TO DEFEND HIM ON THE CAUSE PENDING IN THIS COURT UNDER 28 U.S.C. § 2255.

IN SUPPORT THEREOF, THE PETITIONER,

STATES AS FOLLOWS: [I], AS INDICATED IN THE AFFIDAVIT OF INDIGENCY FILED HEREWITH, IS UNABLE TO AFFORD AN ATTORNEY TO REPRESENT HIM AT TRIAL AND, ACCORDINGLY, REQUEST THAT HE BE DECLARED INDIGENT AND THAT COUNSEL BE APPOINTED TO REPRESENT HIM.

WHEREFORE, THE PETITIONER, MICHAEL J. NISSEN, RESPECTFULLY URGES THIS HONORABLE COURT TO DECLARE HIM INDIGENT AND TO APPOINT COUNSEL TO REPRESENT HIM ON 28 U.S.C. § 2255

RESPECTFULLY SUBMITTED,

DATE: OCTOBER 22, 2019

*Michael J. Nissen*

MICHAEL J. NISSEN