# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

,
MICHAEL JAMES NISSEN,

    Petitioner,

vs.                                                                              No. CV 19-00827 WJ/GJF

WARDEN JUDD, and
UNITED STATES OF AMERICA,

    Respondents.

## JUDGMENT

**THIS MATTER** having come before the Court under Fed. R. Civ. P. 41(b) on the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by Petitioner Michael James Nissen (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing this case without prejudice for failure to comply with Court orders and failure to prosecute,

**IT IS ORDERED** that Judgment is entered and the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by Petitioner Michael James Nissen (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

                                                                        _____
                                                                        WILLIAM P. JOHNSON
                                                                        CHIEF UNITED STATES DISTRICT JUDGE